The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JENNIFER AAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPELLA HEALTHCARE, INC., a Delaware corporation, and COLUMBIA CAPITAL MEDICAL CENTER, Limited Partnership, a Washington limited partnership, d/b/a Capital Medical Center,<br><br>　　　　Defendants. | Case No. 3:13-cv-05195 BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE** |

The parties having stipulated to a brief extension of the trial date and associated pretrial deadlines, and the Court finding good cause to support the request, it is hereby **ORDERED** that the trial in this case, currently scheduled for May 13, 2014, is hereby stricken. It is further **ORDERED** that the Clerk of the Court shall issue a new Minute Order Setting Trial Date & Related Dates after resolution of the pending dispositive motions, or by May 1, 2014, whichever is earlier.

DATED: March 26th, 2014

_[signature]_

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE - 1
Cause No. 3:13-cv-05195 BHS

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

*Presented by:*

*/s/ Ryan P. Hammond*
Ryan Paul Hammond, WSBA #38888
rhammond@littler.com
Thomas P. Holt, WSBA #39722
tholt@littler.com
Deidra A. Nguyen, WSBA #38034
danguyen@littler.com
LITTLER MENDELSON (WA)
One Union Square
600 University Street Ste. 3200
Seattle, WA 98101-3122
Tel:   206-623-3300

*Attorneys for Defendants*

*/s/ Christopher W. Bawn*
Christopher W Bawn
cwbawn@earthlink.net
1700 Cooper Point Road SW
Building A-3
Olympia, WA 98502
Tel:   360-357-8907

*Attorney for Plaintiff*

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE** - 2
Cause No. 3:13-cv-05195 BHS

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300